GARY M. RESTAINO
United States Attorney
District of Arizona
RYAN P. DeJOE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.dejoe@usdoj.gov
Attorneys for Plaintiff

FILED
2021 DEC 22 PM 12: 05
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-03239 TUC-JGZ(EJM)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

   Plaintiff,

   v.

Jesus Jimenez-Martinez,
   (Counts 1-2)

   Defendant.

**INDICTMENT**

VIOLATIONS:

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
(Conspiracy to Transport Illegal Aliens for Profit)
**Count 1**

8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1324(a)(1)(B)(i)
18 U.S.C. § 2
(Transportation of Illegal Aliens for Profit)
**Count 2**

**THE GRAND JURY CHARGES:**

### COUNT 1

From a date unknown to on or about September 24, 2021, in the District of Arizona, Jesus Jimenez-Martinez, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move Ivan Dominguez-Arias, an illegal alien, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

## COUNT 2

On or about September 24, 2021, in the District of Arizona, Jesus Jimenez-Martinez, knowing and in reckless disregard of the fact that an alien, Ivan Dominguez-Arias, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: December 22, 2021

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

RYAN P. DeJOE
Assistant U.S. Attorney