# United States District Court
## for
### District of Arizona

☒ FILED  ☐ LODGED

**Jan 06 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**U. S. A. vs. Jesus Jimenez-Martinez**
Docket No. 4:21-cr-03239-JGZ-EJM-1
AUSA: Ryan DeJoe
Defense Attorney: James Daniel Smith

T-SEALED

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **JOSE L. QUINTERO**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Jesus Jimenez-Martinez, who was released by the Honorable Lynnette C. Kimmins sitting in the Court at Tucson, on the 28th day of September, 2021, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1) **The defendant shall IMMEDIATELY advise his/her attorney and Pretrial Services, in writing, PRIOR to any change in residence address, mailing address or telephone number.**

Pretrial Services completed telephonic attempts to speak with the defendant on December 17, 20, 21, 28, 2021 and January 3, 2022; however, these attempts were unsuccessful. Pretrial Services last made contact with defendant on December 15, 2021. At this time, the defendant's current whereabouts are unknown.

2) **The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services, as directed by Pretrial Services. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

The defendant failed to appear for a surprise drug test on December 15, December 28, 2021, and January 5, 2022 at Pretrial Services office.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

CC: USM, PTS, AUSA

Page 2
RE: Jesus Jimenez-Martinez
January 4, 2022

_____  January 4, 2022
Jose L. Quintero                  **Date**
U.S. Pretrial Services Officer

**Reviewed by**

_____  January 4, 2022
Sonya M. Marquez                  **Date**
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 6 day of January, 2022, and ordered filed and made a part of the records in the above case.

_____
**The Honorable ERIC J. MARKOVICH**
**U.S. Magistrate Judge**